IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JIMMY LYONS and JACQUELINE LYONS,
individually and on behalf of all others similarly
situated,

          Plaintiff,

-against-

LITTON LOAN SERVICING LP, GOLDMAN
SACHS GROUP, INC., AND OCWEN
FINANCIAL CORPORATION,

          Defendants.

---

Docket No. 13-cv-00513 ALC-HBP
ECF Case



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/13

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm BuckleySandler LLP hereby is substituted in place of the law firm Dykema Gossett PLLC as counsel of record for Defendants Litton Loan Servicing LP and Ocwen Financial Corporation in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following Incoming counsel:

    Richard E. Gottlieb (rgottlieb@buckleysandler.com)
    Fredrick S. Levin (flevin@buckleysandler.com)
    BuckleySandler LLP
    100 Wilshire Boulevard, Suite 1000
    Santa Monica, CA 90401
    Tel.: (310) 424-3900
    Fax: (310) 424-3930

Dated: June 26, 2013

Respectfully Submitted

BuckleySandler LLP

By: /s/ Fredrick S. Levin
    Fredrick S. Levin
    100 Wilshire Boulevard, Suite 1000
    Santa Monica, CA 90401
    Tel.: (310) 424-3900
    Fax: (310) 424-3930

*Incoming Attorney for Defendants*
*Litton Loan Servicing LP and*
*Ocwen Financial Corporation*

Dykema Gossett PLLC

By: /s/ Dawn N. Williams
    Dawn N. Williams
    10 South Wacker Drive, Suite 2300
    Chicago, IL 60606
    Tel.: (312) 627-2147
    Fax: (312) 876-1155

*Outgoing Attorney for Defendants*
*Litton Loan Servicing LP and*
*Ocwen Financial Corporation*

**SO ORDERED**

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-30-13