Carter, a.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JIMMY LYONS and JACQUELINE LYONS,
individually and on behalf of all others similarly
situated,

               Plaintiff,

-against-

LITTON LOAN SERVICING LP, GOLDMAN
SACHS GROUP, INC., AND OCWEN
FINANCIAL CORPORATION,

               Defendants.

Docket No. 13-cv-00513 ALC-HBP
ECF Case



RECEIVED
JUL 3 0 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

---

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm BuckleySandler LLP hereby is substituted in place of the law firm Dykema Gossett PLLC as counsel of record for Defendants Litton Loan Servicing LP and Ocwen Financial Corporation in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following Incoming counsel:

    Richard E. Gottlieb (rgottlieb@buckleysandler.com)
    Fredrick S. Levin (flevin@buckleysandler.com)
    BuckleySandler LLP
    100 Wilshire Boulevard, Suite 1000
    Santa Monica, CA 90401
    Tel.: (310) 424-3900
    Fax: (310) 424-3930

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-2-13

Dated: July 30, 2013

Respectfully Submitted

BuckleySandler LLP

By: _____
Fredrick S. Levin
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Tel.: (310) 424-3900
Fax: (310) 424-3930

*Incoming Attorney for Defendants*
*Litton Loan Servicing LP and*
*Ocwen Financial Corporation*

Dykema Gossett PLLC

By: _____
Dawn N. Williams
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel.: (312) 627-2147
Fax: (312) 876-1155

*Outgoing Attorney for Defendants*
*Litton Loan Servicing LP and*
*Ocwen Financial Corporation*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  8-2-13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JIMMY LYONS and JACQUELINE LYONS,
individually and on behalf of all others similarly
situated,

                Plaintiff,

-against-

LITTON LOAN SERVICING LP, GOLDMAN
SACHS GROUP, INC., AND OCWEN
FINANCIAL CORPORATION,

                Defendants.

---

Docket No. 13-cv-00513 ALC-HBP
ECF Case

## DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4

FREDRICK S. LEVIN declares as follows:

1. I am an attorney admitted to practice in *Lyons et al. v. Ocwen Financial Corporation pro hac vice* before the United States District Court for the Southern District of New York. I am a partner of the law firm BuckleySandler LLP ("BuckleySandler")

2. I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support of the stipulation and order substituting BuckleySandler LLP as counsel of record for Defendants Litton Loan Servicing LP ("LLS") and Ocwen Financial Corporation ("OFC") in the above-captioned action.

3. LLS and OFC has requested that BuckleySandler represent them in this action and has consented to the withdrawal of Dykema.

4. I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order Substitution of Counsel submitted herewith.

Dated: June 26, 2013

Respectfully Submitted

| | |
|---|---|
| BuckleySandler LLP | Dykema Gossett PLLC |
| By: /s/ Fredrick S. Levin<br>Fredrick S. Levin<br>100 Wilshire Boulevard, Suite 1000<br>Santa Monica, CA 90401<br>Tel.: (310) 424-3900<br>Fax: (310) 424-3930 | By: /s/ Dawn N. Williams<br>Dawn N. Williams<br>10 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Tel.: (312) 627-2147<br>Fax: (312) 876-1155 |
| *Incoming Attorney for Defendants*<br>*Ocwen Financial Corporation and*<br>*Ocwen Loan Servicing, LLC* | *Outgoing Attorney for Defendants*<br>*Ocwen Financial Corporation and*<br>*Ocwen Loan Servicing, LLC* |