UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING and ANTHONY PAPAPIETRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY<br><br>Defendants. | Civil Action No. 1:13-CV-00513<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-2-13

## [~~PROPOSED~~] ORDER

Upon the agreement of the parties, through their respective counsel, and the Court being fully advised in the premises, the parties' Stipulation is approved in its entirety.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
Judge Andrew L. Carter, Jr.
United States District Judge

*Lyons, et al. v. Litton Loan Servicing LP, et al.*, Case No. 1:13-cv-0513
[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND