Lyons, et. al., Plaintiff(s)
vs.
Litton Loan Servicing LP, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 124667-0301

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Arrow Corporate Member Holdings LLC, The Corporation Trust Company
Court Case No. 13 CIV. 00513

Lowey Dannenberg Cohen & Hart, P.C.
Kendy Bracero
One North Broadway
White Plains, NY 10601-2318

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6 day of August, 20 13, at 12:05 o'clock PM

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; First Amended Class Action Complaint; Electronic Case Filing Rules and Instructions; Individual Practices of Andrew L. Carter, JR.

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Arrow Corporate Member Holdings LLC, The Corporation Trust Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Melanie Mcgrath, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color Caucasian; Hair Color Brown; Facial Hair n/a
Approx. Age 35; Approx. Height 5'5; Approx. Weight 130 lbs

X. To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 6 day of Aug, 20 13

Notary Public  (Commission Expires)

EXPIRES JULY 10, 2014
NOTARY PUBLIC STATE OF DELAWARE