UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING and ANTHONY PAPAPIETRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY<br><br>Defendants. | Civil Action No. 1:13-CV-00513<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8-9-13 |

Upon the agreement of the parties, through their respective counsel, and the Court being fully advised in the premises, the parties' Stipulation is approved in its entirety.

**IT IS SO ORDERED.**

Dated: August 9, 2013

_____
Judge Andrew L. Carter, Jr.
United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING and ANTHONY PAPAPIETRO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY <br><br> Defendants. | Civil Action No. 1:13-CV-00513 <br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND** |

WHEREAS Plaintiffs Jimmy Lyons and Jacqueline Lyons ("Original Plaintiffs") filed a Complaint against Defendants Litton Loan Servicing LP ("Litton"), The Goldman Sachs Group, Inc. ("Goldman"), and Ocwen Financial Corporation ("OFC") (collectively, "Original Defendants") in the above-captioned action on or about January 23, 2013; and,

WHEREAS prior to any response to the Complaint by any of the Original Defendants, the Original Plaintiffs notified the Court that they intended to amend their Complaint as a matter of course.

WHEREAS Plaintiffs filed their First Amended Class Action Complaint ("FAC") as a matter of course on July 17, 2013;

WHEREAS the FAC names Lisa Chamberlin Engelhardt, Gerald Coulthurst, Enrique Dominquez, Frances Erving, Johnnie Erving, and Anthony Papapietro as additional plaintiffs (collectively with the Original Plaintiffs, "Plaintiffs");

WHEREAS the FAC names Arrow Corporate Member Holdings LLC, Morgan Stanley, Ocwen Loan Servicing, LLC ("OLS"), Assurant, Inc., American Security Insurance, Company, Standard Guaranty Insurance Company, American Modern Insurance Group, and American Modern Home Insurance Company as additional Defendants (collectively with the Original Defendants, "Defendants")

WHEREAS the undersigned have agreed to a date for Defendants Litton, OLS, and OFC to respond to the complaint and OLS has agreed to accept service on the terms set out below;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, as follows:

(1) Defendants Litton, OLS, and OFC, while reserving all rights, claims and defenses, including (without limitation) any objection to the jurisdiction of the Court and to Plaintiffs' joinder of additional claims and parties in the FAC, shall have through September 17, 2013, to answer or otherwise respond to the Complaint, including (without limitation) by making pre-motion conference requests.

(2) Defendants Litton, OLS, and OFC, to the extent that they have not otherwise been served or have not acknowledged service, agree to accept service of the FAC and, as such, will not assert the existence of service defects based on Fed. R. Civ. P.

12(b)(4) and (5). Defendants do not waive, and expressly preserve, all other rights and defenses.

Dated: August 7, 2013

| BERGER & MONTAGUE, P.C. | BUCKLEYSANDLER LLP |
|---|---|
| By: /s/ Shanon Carson (with consent)<br>Shanon Caron (*pro hac vice*)<br>Patrick F. Madden<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Phone: (215) 875-4656<br>Fax: (215) 875-4604 | By: /s/ Fredrick S. Levin<br>Richard E. Gottlieb<br>Fredrick S. Levin<br>100 Wilshire Boulevard, Suite 1000<br>Santa Monica, CA 90401<br>Phone: (310) 424-3900<br>Fax: (310) 424-3960 |
| **TAUS, CEBULASH & LANDAU, LLP**<br>Brett Cebulash<br>Kevin S. Landau<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038<br>Phone: (212) 931-0704<br>Fax: (212) 931-0703 | *Attorneys for Defendants Litton Loan Servicing LP, Ocwen Financial Corporation, and Ocwen Loan Servicing, LLC* |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P**<br>Robert S. Shelquist<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900 | |
| **LOWEY DANNENBERG COHEN & HART, P.C.**<br>Barbara Hart<br>Jeanne D'Esposito<br>Noelle Ruggiero<br>One North Broadway, Suite 509<br>White Plains, NY 10601<br>Phone: (914) 997-0500<br>Fax: (914) 997-0035 | |
| Noah Hart<br>305 Broadway, 14th Floor<br>New York, NY 10007<br>Phone: (212) 897-5865<br>Fax: (646) 537-2662 | |

**KESSLER TOPAZ MELTZER & CHECK LLP**
Edward Ciolko (*pro hac vice forthcoming*)
Peter Muhic (*pro hac vice forthcoming*)
Tyler Graden (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffery Angelovich (*pro hac vice forthcoming*)
Michael Angelovich (*pro hac vice forthcoming*)
Christopher Johnson (*pro hac vice forthcoming*)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**DEALY SILBERSTEIN & BRAVERMAN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Phone: (212) 385-0066
Fax: (212) 385-2117

**CUNEO GILBERT & LaDUCA, LLP**
Charles J. LaDuca
8120 Woodmont Avenue
Bethesda, MD 20814
Phone: (202) 789-3960
Fax: (202) 789-1813

*Attorneys for Plaintiffs*