Lyons, et. al., Plaintiff(s)
vs.
Litton Loan Servicing LP, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 124667-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ocwen Loan Servicing, LLC, Corporation Service Company

Court Case No. 13 CIV. 00513

Lowey Dannenberg Cohen & Hart, P.C.
Kemly Bracero
One North Broadway
White Plains, NY 10601-2310

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9th_ day of _Aug_, 20_13_, at _1:40_ o'clock _P_ M

**Place of Service:** at _1201 Hays Street_, in _Tallahassee, FL 32301_

**Documents Served:** the undersigned served the documents described as:
Summons; First Amended Class Action Complaint; Electronic Case Filing Rules and Instructions; Individual Practices of Andrew L. Caster, JR.

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Ocwen Loan Servicing, LLC, Corporation Service Company
By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Markley -process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blk_ ; Facial Hair ___
Approx. Age _43_ ; Approx. Height _5'8_ ; Approx. Weight _151_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
_8-9-13_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _9_ day of _Aug_, 20_13_
Notary Public       (Commission Expires)

DENNIS CRAIG GILHOUSEN, JR
Commission # EE 200848
Expires June 6, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| LYONS, ET AL., <br><br> *Plaintiff* <br><br> v. <br><br> LITTON LOAN SERVICING LP, ET AL., <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 13 Civ. 00513 (ALC) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeanne D'Esposito
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza - Suite 509
One North Broadway
White Plains, New York 10601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  JUL 17 2013

*Signature of Clerk or Deputy Clerk*