IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING and ANTHONY PAPAPIETRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:13-CV-00513<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br><br>RECEIVED AUG 15 2013<br>ANDREW L. CARTER, JR.<br>U.S. DISTRICT JUDGE<br>S.D.N.Y. |

WHEREAS Plaintiffs Jimmy Lyons and Jacqueline Lyons ("Original Plaintiffs") filed a Complaint against Defendants Litton Loan Servicing LP ("Litton"), The Goldman Sachs Group, Inc. ("Goldman"), and Ocwen Financial Corporation ("OFC") (collectively, "Original Defendants") in the above-captioned action on or about January 23, 2013; and,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8-20-13

WHEREAS prior to any response to the Complaint by any of the Original Defendants, the Original Plaintiffs notified the Court that they intended to amend their Complaint as a matter of course;

WHEREAS Plaintiffs filed their First Amended Class Action Complaint ("FAC") as a matter of course on July 17, 2013;

WHEREAS the FAC names Lisa Chamberlin Engelhardt, Gerald Coulthurst, Enrique Dominquez, Frances Erving, Johnnie Erving, and Anthony Papapietro as additional plaintiffs (collectively with the Original Plaintiffs, "Plaintiffs");

WHEREAS the FAC names Arrow Corporate Member Holdings LLC, Morgan Stanley, Ocwen Loan Servicing, LLC ("OLS"), Assurant, Inc., American Security Insurance, Company, Standard Guaranty Insurance Company, American Modern Insurance Group, and American Modern Home Insurance Company as additional Defendants (collectively with the Original Defendants, "Defendants");

WHEREAS Defendants American Modern Insurance Group, and American Modern Home Insurance Company were served with the FAC on July 25, 2013, and just recently retained counsel to represent their interests in this action;

WHEREAS the undersigned have agreed to a date for Defendants American Modern Insurance Group and American Modern Home Insurance Company to respond to the FAC on the terms set out below;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties that Defendants American Modern insurance Group, and American Modern Home Insurance Company, while reserving

all rights, claims, and defenses, shall have through September 17, 2013, to answer or otherwise respond to the FAC, including (without limitation) by making pre-motion conference requests.

**LOWEY DANNENBERG COHEN & HART, P.C.**

By: *Barbara Hart* /per auth/
Barbara Hart
Jeanne D'Esposito
Noelle Ruggiero
One North Broadway, Suite 509
White Plains, NY 10601
Phone: (914) 997-0500
Fax: (914) 997-0035

Noah Hart
305 Broadway, 14 Floor
New York, NY 10007
Phone: (212) 897-5865
Fax: (646) 537-2662

**BERGER & MONTAGUE, P.C.**
Shanon Caron (pro hac vice)
Patrick F. Madden
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-4656
Fax: (215) 875-4604

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash
Kevin S. Landau
80 Maiden Lane, Suite 1204
New York, NY 10038
Phone: (212) 931-0704
Fax: (212) 931-0703

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert S. Shelquist
100 Washington Ave. South
Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900

**BAKER & HOSTETLER LLP**

By: *Thomas L. Long*
Thomas L. Long
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: tlong@bakerlaw.com

*Attorneys for American Modern Insurance Group, and American Modern Home Insurance Company*

**KESSLER TOPAZ MELTZER & CHECK LLP**
Edward Ciolko (pro hac vice forthcoming)
Peter Muhic (pro hac vice forthcoming)
Tyler Graden (pro hac vice forthcoming)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffery Angelovich (pro hac vice forthcoming)
Michael Angelovich (pro hac vice forthcoming)
Christopher Johnson (pro hac vice forthcoming)
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**DEALY SILBERSTEIN & BRAVERMAN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Phone: (212) 385-0066
Fax: (212) 385-2117

**CUNEO GILBERT & LaDUCA, LLP**
Charles J. LaDuca
8120 Woodmont Avenue
Bethesda, MD 20814
Phone: (202) 789-3960
Fax: (202) 789-1813

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: 8-20-13

_____
Judge Andrew L. Carter, Jr.
United States District Judge

4