UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
JIMMY LYONS, JACQUELINE LYONS,
LISA CHAMBERLIN ENGELHARDT,
GERALD COULTHURST, ENRIQUE
DOMINGUEZ, FRANCES ERVING,
JOHNNIE ERVING and ANTHONY
PAPAPIETRO, individually and on behalf
of all others similarly situated,

      Plaintiffs,

  -v-

LITTON LOAN SERVICING LP,
GOLDMAN SACHS GROUP, INC.,
ARROW CORPORATE MEMBER
HOLDINGS LLC, SAXON MORTGAGE
SERVICES, INC., MORGAN STANLEY,
OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC,
ASSURANT, INC., AMERICAN
SECURITY INSURANCE COMPANY,
STANDARD GUARANTY INSURANCE
COMPANY, AMERICAN MODERN
INSURANCE GROUP, and AMERICAN
MODERN HOME INSURANCE COMPANY
---------------------   --------------------------------------- X

Case No.: 13-cv-00513

ECF Action

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned has been retained as attorney for

Plaintiffs JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT,

GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE

ERVING and ANTHONY PAPAPIETRO and hereby appears in the above entitled action on

their behalf. I certify that I am admitted to practice in this Court.

Dated: New York, New York
August 23, 2013

                                    DEALY SILBERSTEIN & BRAVERMAN, LLP

                                    By: _____
                                             Milo Silberstein
                                    *Attorneys for Plaintiffs Lisa Chamberlin*
                                    *Engelhardt, John Clarizia, Gerald Coulthurst,*
                                    *Enrique Dominguez*
                                    225 Broadway, Suite 1405
                                    New York, New York 10007
                                    (212) 385-0066