## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LITTON LOAN SERVICING LP, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-00513 (ALC)(HBP) <br><br> **APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance in this case as counsel for defendants American Modern Home Insurance Company and American Modern Insurance Group, Inc., the latter having been improperly named in the First Amended Class Action Complaint as American Modern Insurance Group.

I certify that I am admitted to practice in this court.

                                                                          **BAKER & HOSTETLER LLP**

Date: August 27, 2013                     By: /s/ Lauren J. Resnick
                                                     Lauren J. Resnick
                                                     45 Rockefeller Plaza
                                                   New York, New York 10111
                                                   Telephone: (212) 589-4200
                                                   Facsimile: (212) 589-4201
                                                   Email: lresnick@bakerlaw.com

                                                   *Attorneys for American Modern Insurance Group, Inc., and American Modern Home Insurance Company*

## CERTIFICATE OF SERVICE

I CERTIFY that on August 27, 2013, a true and correct copy of the foregoing Appearance was filed and served via electronic case filing (ECF) on all counsel of record who have consented to electronic service and served upon all non-ecf participants via first class mail.

/s/ Lauren J. Resnick