IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:13-CV-00513 (ALC)(HBP)<br><br>**Rule 7.1 Statement of Defendant<br>American Modern Insurance Group, Inc.** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Modern Insurance Group, Inc. ("AMIG"), improperly named in the First Amended Class Action Complaint as American Modern Insurance Group, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

　　　　1.　　AMIG is wholly owned by Midland-Guardian Co., an Ohio corporation. These companies are privately held.

　　　　2.　　Midland-Guardian Co. is wholly owned by The Midland Company, an Ohio corporation. The Midland Company is also privately held.

　　　　3.　　The Midland Company is wholly owned by Munich American Holding Corp, a Delaware corporation. Munich American Holding Corp. is privately held.

1

4.	Munich American Holding Corp is wholly owned by Munich Reinsurance Company.  Munich Reinsurance Company is a German company publicly traded on the German stock exchange.

**BAKER & HOSTETLER LLP**

By: /s/ Lauren J. Resnick
Lauren J. Resnick
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
Email:  lresnick@bakerlaw.com

*Attorneys for American Modern Insurance Group, Inc., and American Modern Home Insurance Company*

## **CERTIFICATE OF SERVICE**

    I CERTIFY that on August 27, 2013, a true and correct copy of the foregoing Corporate Disclosure Statement was filed and served via electronic case filing (ECF) on all counsel of record who have consented to electronic service and served upon all non-ecf participants via first class mail.

/s/ Lauren J. Resnick