IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/13

| | |
|---|---|
| JIMMY LYONS, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING LP, *et al.*,<br><br>   Defendants. | Case No. 1:13-CV-00513-ALC-HBP<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

  The motion of Joseph E. Ezzie, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the state of Ohio; and that his contact information is as follows:

  Applicant's Name: Joseph Edward Ezzie

  Firm Name: BakerHostetler LLP

  Address: Capitol Square, Suite 2100, 65 East State Street

  City/ State/ Zip: Columbus, OH  43215-4260

  Telephone: (614) 228-1541

  Facsimile: (614) 462-2616

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for American Modern Insurance Group and American Modern Home Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9-5-13

United States Magistrate Judge