IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY LYONS, *et al.*,

    Plaintiffs,

v.

LITTON LOAN SERVICING LP, *et al.*,

    Defendants.

Case No. 1:13-CV-00513-ALC-HBP

ORDER FOR ADMISSION PRO HAC VICE

---

The motion of Robert J. Tucker, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Ohio; and that his contact information is as follows:

Applicant's Name: Robert J. Tucker

Firm Name: BakerHostetler LLP

Address: Capitol Square, Suite 2100, 65 East State Street

City/ State/ Zip: Columbus, OH  43215-4260

Telephone: (614) 228-1541

Facsimile: (614) 462-2616

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for American Modern Insurance Group and American Modern Home Insurance Company in the above entitled action;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/13

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9-6-13

_____
United States Magistrate Judge