UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JIMMY LYONS, et al.,                                                  :
                                                                      :
                              Plaintiffs,                             :     Case No. 13-cv-00513-ALC-HBP
                                                                      :
              - v -                                                   :     **NOTICE OF APPEARANCE**
                                                                      :
LITTON LOAN SERVICING LP, et al.,                                     :
                                                                      :
                              Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel in this case for Defendants American Security

Insurance Company, Standard Guaranty Insurance Company, and Assurant, Inc.  I certify that I

am admitted to practice before this Court.


Dated: New York, New York
        September 17, 2013


                                                      /s/ Andrew T. Solomon
                                                      Andrew T. Solomon
                                                      Sullivan & Worcester LLP
                                                      1633 Broadway, 32nd Floor
                                                      New York, New York 10019
                                                      Telephone: (212) 660-3000
                                                      Facsimile: (212) 660-3001
                                                      asolomon@sandw.com

## CERTIFICATE OF SERVICE

I certify that on September 17, 2013, I served a true and correct copy of the foregoing

Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to counsel of record for all parties.


Dated: New York, New York
      September 17, 2013

                                   /s/ Andrew T. Solomon
                                   Andrew T. Solomon