UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
JIMMY LYONS, et al.,                        :
                                            :
                Plaintiffs,    :   Case No. 13-cv-00513-ALC-HBP
                                            :
        - v -                             :   **NOTICE OF APPEARANCE**
                                            :
LITTON LOAN SERVICING LP, et al.,           :
                                            :
                Defendants.    :
                                            :
------------------------------------------- X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Defendants American Security Insurance Company, Standard Guaranty Insurance Company, and Assurant, Inc.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       September 17, 2013

                                                /s/ Karen E. Abravanel
                                                Karen E. Abravanel
                                                Sullivan & Worcester LLP
                                                1633 Broadway, 32nd Floor
                                                New York, New York 10019
                                                Telephone: (212) 660-3000
                                                Facsimile: (212) 660-3001
                                                kabravanel@sandw.com

**CERTIFICATE OF SERVICE**

      I certify that on September 17, 2013, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated:  New York, New York
         September 17, 2013

                                                /s/ Karen E. Abravanel
                                                Karen E. Abravanel