**MEMO ENDORSED**





Fredrick S. Levin
Partner
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
t 310.424.3984
flevin@buckleysandler.com

September 27, 2013

By E-Mail: ALCarterNYSDChambers@nysd.uscourts.gov

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

RE:   Pre-Motion Conference Scheduling: *Lyons, et al. v. Litton Loan Servicing LP, et al.*, No. 13 Civ. 513 (ALC) (HBP); *Clarizia, et al. v. Ocwen Financial Corp., et al.*, No. 13 Civ. 2907 (ALC)

Dear Judge Carter:

We represent Defendants Litton Loan Servicing LP, Ocwen Loan Servicing LLC, and Ocwen Financial Corporation in the above-entitled matters. I am pleased to report that all parties are available for a pre-motion conference on October 29, 2013. After extensive efforts to schedule an earlier date proved unworkable, Plaintiffs have withdrawn their objection to October 29, 2013 and have authorized me to inform the Court of their availability on that date. Accordingly, all parties respectfully request that the Court schedule a pre-motion conference on October 29, 2013 at a time selected by the Court.

Respectfully submitted,

BUCKLEYSANDLER LLP

/s/ Fredrick S. Levin
Fredrick S. Levin
(*admitted pro hac vice*)
One of the attorneys for Litton Loan
Servicing LP, Ocwen Financial Corporation,
and Ocwen Loan Servicing, LLC

cc: All Counsel of Record (by E-Mail)

A pre-motion conference is scheduled for 10/29/13 at 10:00 a.m. So Ordered.

*/s/ Andrew L. Carter*
10-2-13