IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING and ANTHONY PAPAPIETRO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　　-against-<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendants. | Case No. 13-cv-00513 (ALC) (HBP) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Litton Loan Servicing LP, Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation in the above-captioned action.

The undersigned is admitted to practice in this Court.

Dated: October 8, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Caroline Kathryn Eisner
　　　　　　　　　　　　　　　　　　　　　　Caroline Kathryn Eisner
　　　　　　　　　　　　　　　　　　　　　　BuckleySandler LLP
　　　　　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　Tel.: (212) 600-2355
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 600-2405
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Litton Loan Servicing LP, Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation*