UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JIMMY LYONS, individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

LITTON LOAN SERVICING LP, et al.

        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/13

CA No.: 1:13-cv-00513(ALC)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

  The motion of Patrick F. Madden, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania and the State of New Jersey and that his contact information is as follows:

    Patrick F. Madden
    Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, PA  19103
    Tel.: (215) 875-3000
    Fax: (215) 875-4604
    E-mail:  pmadden@bm.net

  Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff, Jimmy Lyons in the above entitled action.

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United State District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10-16-13

United States ~~District~~ Judge
MAGISTRATE