```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY LYONS, et al.

      Plaintiffs

v.

LITTON LOAN SERVICING, LP, et al.,

      Defendants

Civil Action No. 13-cv-00513 (ALC)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Peter A. Muhic for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey and that his contact information is as follows:

> Peter A. Muhic
> Kessler Topaz Meltzer & Check, LLP
> 280 King of Prussia Road
> Radnor, PA 19087
> Tel: 610-667-7706
> Fax: 610-667-7056
> pmuhic@ktmc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10-23-13

_____
United States ~~District~~ Judge
            MAGISTRATE