UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, et al.,<br><br>                       Plaintiffs,<br><br>     - v -<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>                       Defendants. | Case No. 1:13-cv-00513-ALC-HBP<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Mary Gail Gearns of Bingham McCutchen LLP hereby enters his appearance as counsel for defendants Saxon Mortgage Services, Inc. and Morgan Stanley in the above-captioned action.

Dated:  New York, New York
          October 25, 2013

                                                  **BINGHAM McCUTCHEN LLP**

                                                  _/s/ Mary Gail Gearns_
                                                  Mary Gail Gearns
                                                  399 Park Avenue
                                                  New York, New York 10022
                                                  (212) 705-7000
                                                  marygail.gearns@bingham.com

                                                  _Attorney for Defendants_
                                                  _Saxon Mortgage Services, Inc. and Morgan Stanley_

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of October 2013, a true and correct copy of the foregoing Notice of Appearance was served on counsel of record in this action via the ECF system.

                                                            /s/ Robert C. Stillwell
                                                               Robert C. Stillwell