UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, et al., <br><br> Plaintiffs, <br><br> - v - <br><br> LITTON LOAN SERVICING LP, et al., <br><br> Defendants. | Case No. 1:13-cv-00513-ALC-HBP <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Robert C. Stillwell of Bingham McCutchen LLP hereby enters his appearance as counsel for defendants Saxon Mortgage Services, Inc. and Morgan Stanley in the above-captioned action.

Dated: New York, New York
       October 25, 2013

**BINGHAM McCUTCHEN LLP**

 /s/ Robert C. Stillwell
Robert C. Stillwell
399 Park Avenue
New York, New York 10022
(212) 705-7000
robert.stillwell@bingham.com

*Attorney for Defendants*
*Saxon Mortgage Services, Inc. and Morgan Stanley*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of October 2013, a true and correct copy of the foregoing Notice of Appearance was served on counsel of record in this action via the ECF system.

                                                /s/ Robert C. Stillwell
                                                  Robert C. Stillwell