UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN CLARIZIA, et al.,

                                    Plaintiffs,

           -against-

OCWEN FINANCIAL CORPORATION, et al.,

                                 Defendants.
-----------------------------------------------------------x

1:13-cv-02907 (ALC) (HBP)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

    The above case having been assigned to me for all purposes, it is hereby

    ORDERED that the Clerk of Court shall reflect this case as related to 13 Civ. 513.

SO ORDERED.

Dated:  November 5, 2013

        New York, New York

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge