UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JIMMY LYONS, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LITTON LOAN SERVICING LP, *et al.*,<br><br>Defendants. | : ECF Case<br>:<br>: No. 13 Civ. 00513 (ALC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF CHANGE IN FIRM NAME AND CONTACT INFORMATION

The undersigned hereby gives notice that effective January 1, 2014, the law firm Jorden Burt, LLP merged with Carlton Fields, P.A.  The new firm name is Carlton Fields Jorden Burt, P.A., and the new contact information for counsel for Assurant, Inc., American Security Insurance Company and Standard Guaranty Insurance Company in this case is as follows:

| E-mail: | Frank G. Burt: | fburt@cfjblaw.com |
|---|---|---|
|  | W. Glenn Merten: | gmerten@cfjblaw.com |
|  | Julianna Thomas McCabe: | jtmccabe@cfjblaw.com |

Respectfully submitted

By:   -/s/- *Frank Burt*
Frank G. Burt
fburt@cfjblaw.com
W. Glenn Merten
gmerten@cfjblaw.com

CARLTON FIELDS JORDEN BURT
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-0805
Telephone:  (202) 965-8100

Facsimile: (202) 965-8104

**Attorneys for ASSURANT INC., AMERICAN SECURITY INSURANCE COMPANY and STANDARD GUARANTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Change in Firm Name and Contact Information was filed on January 10, 2014 with the Clerk by using the CM/ECF system, which served all counsel of record.

                                                        -/s/- *Frank Burt*
                                                          Frank Burt