UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                             :
JIMMY LYONS, *et al.*, individually and on behalf : 
of all others similarly situated,            :
                                             :        Case No. 13-cv-00513-ALC-HBP
              Plaintiffs,                    :
                                             :        **NOTICE OF MOTION**
       - v -                                 :
                                             :
LITTON LOAN SERVICING LP, *et al.*,          :
                                             :
              Defendants.                    :
------------------------------------------- X

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the accompanying Declarations of Jessica Olich, Rebecca H. Voyles, and Ronald K. Wilson, and the exhibits annexed thereto, and the contemporaneously filed request for judicial notice in this action, defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company, by and through undersigned counsel, will move in the above-captioned action before the Honorable Andrew L. Carter, United States District Judge, at the Thurgood Marshal United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time to be determined by the Court, for entry of an order: (i) dismissing plaintiff's Second Amended Class Action Complaint as against the moving defendants pursuant to Fed. R. Civ. P. 12(b)(1); (ii) severing improperly pled claims pursuant to Fed. R. Civ. P. 21; and (iii) for such other and further relief as the Court deems necessary and proper.

Dated: New York, New York  /s/ Andrew T. Solomon
       January 21, 2014  Andrew T. Solomon
Karen E. Abravanel
SULLIVAN & WORCESTER LLP
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
asolomon@sandw.com
kabravanel@sandw.com

-and-

Franklin G. Burt (*pro hac vice*)
W. Glenn Merten (*pro hac vice*)
CARLTON FIELDS JORDEN BURT
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
fburt@cfjblaw.com
gmerten@cfjblaw.com

*Attorneys For Defendants Assurant, Inc.,*
*American Security Insurance Company, and*
*Standard Guaranty Insurance Company*

2