# EXHIBIT B



P.O. Box 6723
Springfield, OH 45501
866-825-9265
Fax: 888-882-1816

OCWEN

09/23/2012

DANIEL NIETLING
1021 N POND RD
EUGENE, OR 97401-1400

Subject:
Loan Number: REDACTED
Hazard Insurance: Expiration Date 06/26/2012
Property Address:
3033 SILVER MAPLE
VIRGINIA BEACH, VA 23452

Dear Customer:

Our records show that we have not received evidence of a new or renewal insurance policy covering your house. It appears that you do not have insurance as of the expiration date shown above. The terms of your mortgage or deed of trust requires you to continually maintain acceptable hazard insurance coverage on your property and permits us to purchase it at your expense if you fail to do so. Therefore, we are alerting you for a second time that we have not received acceptable insurance policy information covering your property. Your current hazard insurance policy is no longer effective as of the expiration date shown above.

**Please read the important information and instructions contained in this letter.**

**As we informed you in our first notice, your loan agreement requires you to maintain hazard insurance covering your home that is in effect at all times, in the form and amounts we require, and protecting our interest. If you fail to maintain this insurance effective from the expiration date shown above, or fail to provide us with proof that you have insurance, we may purchase hazard insurance beginning from that date, based on the amount of coverage of your previous acceptable hazard insurance policy, if available, and charge you for the cost of the insurance. The cost of the insurance we purchase is likely to be much higher than the cost of coverage you could obtain on your own.** You have the right to purchase insurance from the insurance company of your choice.

We urge you to consider the following:

- **The cost of the hazard insurance we obtained is likely much higher than insurance you can obtain on your own.** The higher cost is because the insurance we purchased is issued automatically without evaluating the risk of insuring your property. When comparing premiums, remember that our policy provides very limited coverage as indicated below.

- **The hazard insurance we obtained may provide benefits to you, but is primarily for the benefit of the owner of your mortgage loan.** If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because the owner of your loan will be paid first.

- **The hazard insurance we obtained only covers the structure of your home (for example, the building, walls, floors, roof and permanent attachments).**

    - It does not cover your furniture or any of your other personal belongings.
    - It does not cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
    - It does not cover any liability incurred by you personally to someone who is injured while on your property.

723H2O-1011

NMLS #: 1852

- **The hazard insurance we obtained does not cover any amounts you feel your home is worth in excess of the last amount of dwelling coverage that you obtained and we entered on our records.** If we did not know the last amount of insurance coverage you had, we purchased coverage in the amount of the unpaid principal balance of your loan on the date we requested the insurance coverage to begin. If you have information to verify that the amount should be different, please notify us. This request must be submitted in writing and should be sent to the address shown on the first page. Please remember to put your Ocwen account number on your letter.

  If we have to purchase such limited hazard insurance and you want to have Contents and Liability coverage, you must either purchase it yourself, from an insurance company you choose, or you have the option of completing and submitting the attached Contents and Liability Offer Form to the named insurance company. Note: Contents and Liability are not afforded for commercial and mobile home properties, and properties located in the States of Alaska, Illinois, Connecticut, New Jersey and Ohio.

- **The hazard insurance we obtain will not cover any amounts you feel your home is worth in excess of the last amount of dwelling coverage that you obtained and we entered on our records.** If we did not know the last amount of insurance coverage you had, we purchased coverage in the amount of the unpaid principal balance of your loan on the date we requested the insurance coverage to begin. If you have information to verify that the amount should be different, please notify us. This request must be submitted in writing and should be sent to the address shown on the first page. Please remember to put your Ocwen account number on your letter.

- **The hazard insurance we purchase will be effective beginning on the date that your previous acceptable insurance expired or was cancelled (regardless of whether or not your policy provided insurance coverage to the owner of your mortgage loan after that date).** Insurance that protects only the owner of your loan after your policy expiration or cancellation date is limited insurance that is not acceptable insurance coverage to us. It will be superseded by the acceptable hazard insurance policy we purchase.

**We strongly recommend that you obtain your own insurance coverage.** To ensure compliance with your loan agreement, here's what you need to do:

**If you do not have a current policy covering your property, please contact your agent or carrier and purchase coverage. If you have already purchased coverage, please contact your agent or carrier and have them fax a copy of the declaration page to 1-888-882-1816, e-mail it to us at updateinsuranceinfo@ocwen.com, or it can be mailed to us at the address shown below.** Please make sure your policy references your Ocwen loan number, and ensure that the Mortgagee Clause on your policy reads:

>  OCWEN LOAN SERVICING, LLC
>  ITS SUCCESSORS AND/OR ASSIGNS
>  Attention: REDACTED
>  PO BOX 6723
>  SPRINGFIELD, OH  45501-6723

You may also visit www.mycoverageinfo.com using a PIN number of [REDACTED] and provide us with your insurance information. You may also have your agent contact us at 1-866-825-9265 to provide us with updated insurance coverage information.

**Because we did not receive proof of acceptable coverage, Ocwen has secured insurance on your property for up to sixty (60) days under the policy described in the enclosed Insurance Binder.** This binder cannot be renewed. It covers your house for risks of direct loss subject to the terms of the policy. It does not protect your personal property, nor does it protect you for liability against injuries that occur on your property. For example, if your property were burglarized, it would not cover the stolen property.

If you do not give us proof that you have coverage before the end of the binder period, we will obtain a one-year policy on your property. The full year premium for this policy is shown on the enclosed Insurance Binder. Since this policy will insure your property without inspection, the cost of the premium may be much higher than the amount you would normally pay. The coverage provided may be less than you had before. This premium will be charged to your escrow account at the end of the binder period. If you do not have an escrow account, one may be established. Your monthly mortgage payment may be increased to include the cost of this policy, or you will be billed directly.

The Insurance Binder will provide insurance coverage against loss to your dwelling until either the date we receive proof of acceptable insurance coverage from you or, if we do not receive such proof, the date we purchase an annual insurance policy, which will be effective as of the expiration date shown above. Even if you obtain acceptable coverage, please be aware that if the effective date of your acceptable coverage is after the expiration date of your previous homeowner's insurance policy, you will be charged for the number of days that coverage was provided under the Insurance Binder.

Any policy we purchase on your behalf may be canceled at any time by giving us acceptable proof of other insurance. Upon prompt receipt of your policy, this coverage will be canceled. You will only be charged for the days that this policy was needed. There is no charge to you if there has been no lapse in coverage. Any unused premium will be refunded to your escrow account.

We have incurred expenses in placing this Insurance Binder and policy. Such expenses are recoverable by us as stated in your loan documents. Part of the policy premium charged to your escrow account may be used by the insurance carrier to reimburse us for these expenses.

You have the option, through the enclosed offer from the insurance carrier to purchase additional coverages. These additional coverages are not required in order to maintain your mortgage loan with us. The amount of insurance, premium and description of these coverages are listed and explained on the enclosed Request to Purchase Personal Property and Personal Liability Coverage form. To purchase them, you must sign and return the enclosed Request to Purchase Personal Property and Personal Liability Coverage form within 30 days of the date of this letter. If you choose the additional coverages, the premium will be charged to your escrow account or you will be billed directly.

Thank you for taking the time to help us resolve this matter. We appreciate the opportunity to serve you and look forward to meeting your mortgage needs. If you or your insurance agent have any questions or believe there is an error in our records, please call us at 1-866-825-9265 Monday through Friday between 8:30 a.m. and 9:00 p.m. Eastern Time, and one of our Customer Care Agents will be happy to assist you.

Sincerely,

Insurance Department

**Ocwen Loan Servicing, LLC is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.**

# AMERICAN SECURITY INSURANCE COMPANY

PO BOX 50355, ATLANTA, GA 30302
A Stock Insurance Company

**INSURANCE BINDER**

September 23, 2012

BINDER NUMBER: REDACTED

| COMPANY USE | |
|---|---|
| Major | PMS |
| 5948 | G280001 |

**NAMED INSURED (MORTGAGOR)- Name and Address**
DANIEL NIETLING
1021 N POND RD
EUGENE, OR  97401-1400

**MORTGAGEE-Name and Address**
OCWEN LOAN SERVICING, LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 6723
SPRINGFIELD, OH  45501-6723

LOAN NUMBER: REDACTED

| BINDER PERIOD: 105 DAYS | | | | | Described Location |
|---|---|---|---|---|---|
| EFFECTIVE TIME: 12:01 a.m. | | | | | 3033 SILVER MAPLE VIRGINIA BEACH, VA  23452 |
| | Mo | Day | Yr. | Coverage Amount | |
| INCEPTION: | | 06/26/2012 | | $261,498 | |
| EXPIRATION: | | 10/09/2012 | | Annual Premium * $2,197.00 | |

* This amount may include state required assessments, surcharges, taxes and fees.

At the request of your mortgage servicer, AMERICAN SECURITY INSURANCE COMPANY has issued temporary coverage in the form of an insurance binder for the period shown above. This binder covers the described property for risks of direct loss subject to the terms, conditions and limitations of the policy in current use by us.

This policy only covers buildings and structures. It does not cover your contents or personal property, nor does it provide you with liability coverage.

CLAIMS INFORMATION ONLY
1-800-326-7781

ALL OTHER INQUIRIES
1-866-825-9265

MSP-BIN-HAZ-INV (04-09)

BINHINV-1210

REQUEST TO PURCHASE PERSONAL PROPERTY AND
PERSONAL LIABILITY COVERAGE
(These Coverages Cannot Be Purchased Separately)

09/23/2012

This offer for personal property and liability coverage is being made by AMERICAN SECURITY INSURANCE COMPANY. It is available for a short time only. Your request must be received by us at the address listed below within 30 days of the date of this form. All requests received after the 30th day will be denied.

NOTICE: THESE COVERAGES MAY BE MORE RESTRICTIVE THAN THOSE IN YOUR PREVIOUS POLICY. THE COST MAY BE HIGHER THAN YOU MAY HAVE PREVIOUSLY PAID.

| TYPE OF COVERAGE | COVERAGE AMOUNT | PREMIUM |
|---|---|---|
| PERSONAL PROPERTY | $40,000 | $140.00 |
| PERSONAL LIABILITY | $25,000 | $50.00 |
| MEDICAL PAYMENTS | $1,000 | INCL. |
| ANNUAL TOTAL PREMIUM FOR THESE COVERAGES | | $190.00 |
| ANNUAL TOTAL PREMIUM FOR YOUR HOUSE, PLUS THE ABOVE COVERAGE | | $2,387.00 |

I request that AMERICAN SECURITY INSURANCE COMPANY add personal property and liability coverage to my lender placed dwelling policy. The coverage limits and premium are listed above. I understand that the premium for these coverages will be charged to my escrow account, or will be billed directly to me.

I realize that these coverages are subject to the terms of the policy forms in use by the insurance company.

Loan Number: REDACTED

Print Name: ─────────────────────

Signature: ─────────────────────

Date: ─────────────────────

Mail to:
AMERICAN SECURITY INSURANCE COMPANY
P.O. Box 50355
Atlanta, GA 30302
Attention: 11th Floor Hazard Operations
OCWEN LOAN SERVICING, LLC

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fine and denial of insurance benefits.

MSCL-RES-APP-VA (1/99)

GL0131