# EXHIBIT F

# AMERICAN SECURITY INSURANCE COMPANY

## RESIDENTIAL MORTGAGE SERVICE PROGRAM MANUAL

### ELIGIBILITY:

This program is designed to allow financial institutions to place dwelling fire coverage on those mortgages which are not protected by insurance coverage under the mortgage agreement.

### COVERAGES:

This program will provide all risk coverage. Amendatory Endorsement, DP-AMEND (1/93) will be attached to all policies.

### BASE RATE:

Dwellings and Condominium Coverage  - $1.20 per $100 of dwelling coverage.
Mobile Home Coverage                - $2.00 per $100 of coverage.

### DEDUCTIBLE:

All dwelling and personal property coverages are subject to the following deductible schedule.

| Base Deductible Amount: | Rate: |
|---|---|
| $100 All Perils (except V&MM and Theft)<br>$250 V&MM or Theft<br>$500 V&MM Vacant or Theft Vacant | Base Rate |

| Optional Deductible Amounts: | |
|---|---|
| $250 All Perils (except V&MM and Theft)<br>$500 V&MM or Theft<br>$1,000 V&MM Vacant or Theft Vacant | Base x .875 |
| $500 All Perils (except V&MM and Theft Vacant)<br>$1,000 V&MM Vacant or Theft Vacant | Base x .80 |
| $1,000 All Perils, V&MM Vacant or Theft Vacant | Base x .70 |

### CANCELLATION:

Flat cancellations if duplicate coverage exists - Pro rata cancellation for other cancellations.

# AMERICAN SECURITY INSURANCE COMPANY

## RESIDENTIAL
## MORTGAGE SERVICE PROGRAM
## MANUAL

**MANDATORY FORMS AND ENDORSEMENTS:**

The following forms and endorsements <u>must</u> be issued with each policy.

| | |
|---|---|
| DP 00 03 07 88 | Dwelling Property 3 - Special Form |
| DP-DEC (1/93) | Dwelling Program |
| DP-AMEND (1/93) | Dwelling Program - Amendatory Endorsement |
| DP 01 45 07 88 | Special Provisions - Virginia |

**OPTIONAL COVERAGES:**

<u>Inflation Guard</u>

This coverage is available for no additional premium charge. The limit of liability for the insured residential dwelling will be increased annually by the nationwide construction cost indicator published by Marshall & Swift / Boeckh.

Attach MSP-RES-INF-VA

<u>Personal Property</u>

At the Insured's option, coverage may be provided for Personal Property, Coverage C. If personal property theft coverage is desired, attached Limited Theft Coverage Endorsement, form DP 05 73 07 88.

The Personal Property deductible must be the same as the Dwelling deductible. The Personal Property Theft deductible must correlate to the personal property deductible, as shown on page 1 of the rules.

At the Insured's option, the following coverages and limits are available:

| <u>Coverage Amount</u> | | <u>Rate per $100 of Dwelling Coverage Amount</u> |
|---|---|---|
| 40% of Dwelling Amount, maximum $40,000 | without Limited Theft Coverage | $ .14 |
| | with Limited Theft Coverage | $ .20 |
| 50% of Dwelling Amount | without Limited Theft Coverage | $ .175 |
| | with Limited Theft Coverage | $ .25 |

<u>Personal Liability</u>

At the Insured's option, coverage may be provided for Personal Liability.

The premium charge is:

| **COVERAGE L - LIABILITY** | <u>Limit</u> | <u>Premium</u> |
|---|---|---|
| | $ 25,000 | $ 50 |
| | $ 50,000 | $ 65 |
| | $ 100,000 | $ 85 |

| **COVERAGE M- MEDICAL PAYMENTS TO OTHERS** | <u>Limit</u> | <u>Premium</u> |
|---|---|---|
| | $ 1,000 | Included |

Mandatory - attach Endorsement forms DL 24 01 07 88, DL 24 16 07 88 and DL 25 45 07 88.

# AMERICAN SECURITY INSURANCE COMPANY

## RESIDENTIAL MORTGAGE SERVICE PROGRAM MANUAL

The Insured may reject Personal Property and Personal Liability Coverages on form DP-REJ-VA (1/93), Voluntary Rejection of Personal Property and Personal Liability Coverages, if policy is issued on an opt-out basis.

The Insured may request Personal Property and Personal Liability Coverage on form MSCL-RES-APP-VA (8/98), Request to Purchase Personal Property and Personal Liability coverages, if the policy is issued on an opt-in basis.

### Ordinance or Law

Coverage may be added for loss damage by a Peril Insured Against to covered property or the building containing covered property to be settled on the basis on any ordinance or law that regulates the construction, repair or demolition of the property.

Premium charge is $.50 per $100 of coverage.

Use Endorsement OOL-END-VA (12/96), Ordinance or Law.

### Security Interest

Coverage may be added for others with a security interest in the property.

There is no additional premium charge.

Use Endorsement DP-SEC-END-VA (8/96), Residential Property Security Interest.

# AMERICAN SECURITY INSURANCE COMPANY

## RESIDENTIAL MORTGAGE SERVICE PROGRAM MANUAL

### SCHEDULED RATING PLAN:

In recognition of the unique risk characteristics of each mortgagee, the rates may be modified in accordance with the following schedule to reflect characteristics of the risk not contemplated in the base rates.

When multiple credits and debits apply, the individual amounts shall be added and the combined total shall be multiplied by the base rate.

The maximum rate modification is ( + ) or ( - ) 25%.

| Characteristics | Range of Modification |  |  |
|---|---|---|---|
|  | Debit |  | Credit |
| 1) Source of Real Estate Loans | + 5% | to | - 5% |
| 2) Loan Portfolio File | + 10% | to | - 10% |
|    a) Mix |  |  |  |
|    b) Delinquency Ratio |  |  |  |
| 3) Loan Balances for Coverage Placement | + 5% | to | - 5% |
| 4) Management of Insurance Tracking | + 10% | to | - 10% |
| 5) Servicer Automated Transmission Capability | + 10% | to | - 10% |
| 6) Automated Payment and Reconciliation Capability | + 10% | to | - 10% |