# EXHIBIT D


# AMERICAN SECURITY INSURANCE COMPANY

## RESIDENTIAL
## MORTGAGE SERVICE PROGRAM
## MANUAL

### ELIGIBILITY:

This program is designed to allow financial institutions to place dwelling fire coverage on those mortgages which are not protected by insurance coverage under the mortgage agreement.

### COVERAGES:

This program will provide all risk coverage.

### BASE RATE:

Dwellings and Condominium Coverage - $1.20 per $100 of dwelling coverage.
Mobile Home Coverage              - $2.00 per $100 of coverage.

### DEDUCTIBLE:

All residential dwelling policies and residential personal property endorsements are subject to a deductible that applies to all perils covered under the policy.

| Base Deductible Amount: | Rate: |
|---|---|
| $100 All Perils (except V&MM and Theft)<br>$250 V&MM or Theft<br>$500 V&MM Vacant or Theft Vacant | Base Rate |
| **Optional Deductible Amounts:** | |
| $250 All Perils (except V&MM and Theft)<br>$500 V&MM or Theft<br>$1,000 V&MM Vacant or Theft Vacant | Base x .875 |
| $500 All Perils (except V&MM and Theft Vacant)<br>$1,000 V&MM Vacant or Theft Vacant | Base x .80 |
| $1,000 All Perils, V&MM Vacant or Theft Vacant | Base x .70 |

### CANCELLATION:

Flat cancellations if duplicate coverage exists - Pro rata cancellation for other cancellations.



# AMERICAN SECURITY INSURANCE COMPANY

# RESIDENTIAL MORTGAGE SERVICE PROGRAM MANUAL

**OPTIONAL COVERAGES:**

Personal Property

At the Insured's option, coverage may be provided for Personal Property.

Coverage may be added to the Master Policy for Personal Property. The available coverages and forms are Personal Property Endorsement MSP-RES-PPE1 (without theft); Personal Property Endorsement MSP-RES-PPE2 (with theft). The Personal Property deductible must be the same as the Dwelling deductible.

At the Insured's option, the following coverages and limits are available:

| Coverage Amount | Form | Rate per $100 of Dwelling Coverage Amount |
|---|---|---|
| 40% of Dwelling Amount, maximum $40,000 | MSP-RES-PPE1 | $ .14 |
| | MSP-RES-PPE2 | $ .20 |
| 50% of Dwelling Amount | MSP-RES-PPE1 | $ .175 |
| | MSP-RES-PPE2 | $ .25 |

Personal Liability

At the Insured's option, coverage may be provided for Personal Liability.

The premium charge is:

| MSP-RES-PLE 1 (Premises Only) Coverage L - Liability | | MSP-RES-PLE 2 (Inc. Off Premises) Coverage L - Liability | |
|---|---|---|---|
| Limit | Premium | Limit | Premium |
| $ 25,000 | $ 50 | $ 25,000 | $ 65 |
| $ 50,000 | $ 65 | $ 50,000 | $ 80 |
| $ 100,000 | $ 85 | $ 100,000 | $ 100 |

Coverage M - Medical Payments

| Limit | Premium |
|---|---|
| $ 1,000 | Included |

# AMERICAN SECURITY INSURANCE COMPANY

## RESIDENTIAL
## MORTGAGE SERVICE PROGRAM
## MANUAL

### Loss of Use

At the Insured's option, coverage may be provided for Loss of Use Coverage.

The premium charge is $.10 per $100 of the Dwelling Coverage when endorsement form MSP-RES-ALE is attached to the Master Policy. The limit of liability for this coverage is 20% of the Dwelling Coverage.

### SCHEDULED RATING PLAN:

In recognition of the unique risk characteristics of each mortgagee, the rates may be modified in accordance with the following schedule to reflect characteristics of the risk not contemplated in the base rates.

When multiple credits and debits apply, the individual amounts shall be added and the combined total shall be multiplied by the base rate.

The maximum rate modification is ( + ) or ( - ) 25%.

| Characteristics | Range of Modification | | |
|---|---|---|---|
| | Debit | | Credit |
| 1) Source of Real Estate Loans | + 5% | to | - 5% |
| 2) Loan Portfolio File | + 10% | to | - 10% |
|    a) Mix | | | |
|    b) Delinquency Ratio | | | |
| 3) Loan Balances for Coverage Placement | + 5% | to | - 5% |
| 4) Management of Insurance Tracking | + 10% | to | - 10% |
| 5) Servicer Automated Transmission Capability | + 10% | to | - 10% |
| 6) Automated Payment and Reconciliation Capability | + 10% | to | - 10% |