UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING, ANTHONY PAPAPIETRO, and SHEILA D. HEARD individually and on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC. (d/b/a Assurant Specialty Property), AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY,<br><br>  Defendants. | Case No. 1:13-cv-00513-ALC-HBP |

**NOTICE OF MOTION OF
DEFENDANTS THE GOLDMAN SACHS GROUP, INC. AND
ARROW CORPORATE MEMBER HOLDINGS LLC
TO SEVER FOR MISJOINDER**

NY 74926152

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants The Goldman Sachs Group, Inc. ("GS Group") and Arrow Corporate Member Holdings LLC ("Arrow") shall move this Court, before the Honorable Andrew L. Carter, Jr., at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting GS Group and Arrow's Motion to Sever for Misjoinder pursuant to Federal Rules of Civil Procedure 20 and 21.

Dated: January 21, 2014

*/s/ Lisa M. Simonetti*
Lisa M. Simonetti (*pro hac vice*)
lsimonetti@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959

Melvin A. Brosterman
mbrosterman@stroock.com
Quinlan D. Murphy
qmurphy@stroock.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

Attorneys for Defendants
THE GOLDMAN SACHS GROUP, INC.
and ARROW CORPORATE MEMBER
HOLDINGS LLC