UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING ANTHONY PAPAPIETRO, and SHEILA D. HEARD individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC. (d/b/a Assurant Specialty Property), AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY<br><br>      Defendants. | Civil Action No. 13 Civ. 00513 ALC<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiffs in this action. I certify that I am admitted to practice in this Court.

Dated: January 28, 2014

                                                  LOWEY DANNENBERG COHEN & HART, P.C.

                                                  Respectfully submitted,

By: /s David C. Harrison
David C. Harrison
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-1714
Telephone: 914-997-0500
Facsimile: 914-997-0035
Email: dharrison@lowey.com

*Attorney for Plaintiffs*