**MEMO ENDORSED**



Fredrick S. Levin
Partner
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
t 310.424.3984
flevin@buckleysandler.com

/-30-14

January 29, 2014



JAN 29 2014

ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

<u>Via ECF & Electronic Mail (ALCarterNYSDChambers@nysd.uscourts.gov)</u>

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

RE:   Conference Adjournment: *Lyons, et al. v. Litton Loan Servicing LP, et al.*, No. 13 Civ. 513 (ALC) (HBP); *Clarizia, et al. v. Ocwen Financial Corp., et al.*, No. 13 Civ. 2907 (ALC)

Dear Judge Carter:

We represent Defendants Litton Loan Servicing LP, Ocwen Loan Servicing LLC, and Ocwen Financial Corporation ("OFC") in the above-entitled matters. I write on behalf of all parties to request that the Court adjourn the status conference set for Friday, January 31, 2014, and enter the following briefing schedule respecting all motions filed by Defendants on January 21, 2014.

The Court calendared Friday's status conference on October 29, 2013, during the parties' last status conference. At that time, two purposes were contemplated for Friday's conference: (a) setting a briefing schedule for the motions filed on January 21, 2013, and (b) discussion of possible jurisdictional discovery in response to OFC's contemplated motion to dismiss for lack of personal jurisdiction.

With respect to (a), the parties have agreed to, and hereby request that the Court enter, the following briefing schedule with respect to all motions filed on January 21: (1) Plaintiffs' responses to the motions will be due February 14, 2014, (2) Defendants' replies will be due March 7, 2014.

With respect to (b), OFC elected not to contest personal jurisdiction and has not filed a motion to dismiss on that basis. Accordingly, Plaintiffs do not seek jurisdictional discovery in light OFC's decision not to contest personal jurisdiction.

Hon. Andrew L. Carter, Jr.
January 29, 2014
Page 2

In light of the agreement on a briefing schedule and the mooting of any issues with respect to discovery, all parties believe it is appropriate for the Court to adjourn this Friday's status conference.

All parties have authorized me to inform the Court of their consent to the briefing schedule and to adjournment of Friday's status conference. In the alternative, if the Court does not adjourn the status conference, all parties wish to appear by telephone (as previously authorized by the Court at the October 29th status conference).

Respectfully submitted,

BUCKLEYSANDLER LLP


/s/ Fredrick S. Levin
Fredrick S. Levin
(*admitted pro hac vice*)
One of the attorneys for Litton Loan
Servicing LP, Ocwen Financial Corporation,
and Ocwen Loan Servicing, LLC


cc: All Counsel of Record (by ECF & E-Mail)

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE    1-30-14