UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>    Defendants. | Case No. 1:13-cv-513-ALC-HBP<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Matthew Minerva of Bingham McCutchen LLP hereby enters his appearance as counsel for defendants Saxon Mortgage Services, Inc. and Morgan Stanley in the above-captioned action.

Dated:   March 21, 2014
         New York, New York

                                        BINGHAM MCCUTCHEN LLP

                                        By: /s/ Matthew Minerva
                                            Matthew Minerva
                                            matthew.minerva@bingham.com
                                            399 Park Avenue
                                            New York, New York 10022
                                            Telephone: 212.705.7000
                                            Facsimile: 212.752.5378

                                        *Attorney for Morgan Stanley and*
                                        *Saxon Mortgage Services, Inc.*

A/75965108.1