UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Jimmy Lyons,              Plaintiff,        Case No. 13 cv 0513 (ALC)(HBP)

-against-

Litton Loan Servicing LP, et al.,   Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Matthew Minerva**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: mm8840     My State Bar Number is 4192779

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Minerva & D'Agostino, P.C.
            FIRM ADDRESS: 107 S. Central Avenue Valley Stream, NY 11580
            FIRM TELEPHONE NUMBER: (516) 872-7400
            FIRM FAX NUMBER: (516) 561-8500

NEW FIRM:   FIRM NAME: Bingham McCutchen LLP
            FIRM ADDRESS: 399 park Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-705-7000
            FIRM FAX NUMBER: (212) 752-5378

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 4/12/2014

_____
ATTORNEY'S SIGNATURE