**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING ANTHONY PAPAPIETRO, and SHEILA D. HEARD individually and on behalf of all others similarly situated, | Civil Action No.  13 Civ. 00513 (ALC) |
| Plaintiffs, | |
| v. | |
| LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC. (d/b/a Assurant Specialty Property), AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY | |
| Defendants. | |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL BY
## PLAINTIFF ANTHONY PAPAPIETRO PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiffs hereby give Notice of Voluntary Dismissal of the claims of Plaintiff Anthony Papapietro in the above-captioned action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  All other Plaintiffs' claims are unaffected by this notice.

Dated: April 16, 2014

**LOWEY DANNENBERG
COHEN & HART, P.C**.

By:_____/s/ David Harrison_____
       Barbara J. Hart (BH-3231)
       David Harrison (DH-3834)
       One North Broadway, Suite 509
       White Plains, NY 10601-2301
       Telephone: (914) 997-0500
       Facsimile:  (914) 997-0035
       Email: bhart@lowey.com
           dharrison@lowey.com

**LAW OFFICES OF NORAH J.
HART**
Norah Hart
305 Broadway, Suite 900
New York, NY 10007
Telephone: (212) 897-5865
Facsimile:  (212) 320-0373
Email: nhart@hart-smart.net

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Edward W. Ciolko
Peter A. Muhic
Tyler S. Graden
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
Email: eciolko@ktmc.com
       pmuhic@ktmc.com
       tgraden@ktmc.com

**BERGER & MONTAGUE, P.C**.
Shanon J. Carson
Patrick Madden
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile:  (215) 875-4604
Email: scarson@bm.net
       pmadden@bm.net

**TAUS, CEBULASH & LANDAU,
LLP**
Brett Cebulash
Kevin S. Landau
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
Facsimile:  (212) 931-0703
Email: bcebulash@tcllaw.com
       klandau@tcllaw.com

**LOCKRIDGE GRINDAL
NAUEN P.L.L.P.**
Robert K. Shelquist
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Email: rksheIquist@locklaw.com

**NIX PATTERSON & ROACH,
LLP**
Jeffery J. Angelovich
Michael B. Angelovich
Brad Seidel
Christopher R. Johnson
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile:  (903) 645-4415

**DEALY SILBERSTEIN
& BRAVERMAN, LLP**
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Telephone: (212) 385-0066
Facsimile:  (212) 385-2117
msilberstein@dsblawny.com

**CUNEO GILBERT & LaDUCA,
LLP**
Charles J. LaDuca
8120 Woodmont Avenue
Bethesda, MD 20814
Telephone: (202) 789-3960

Facsimile:  (202) 789-1813
Email: charlesl@cuneolaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 16, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of New York through the CM/ECF system, thereby automatically serving all registered parties.

/s/ David C. Harrison_____
David C. Harrison