UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING ANTHONY PAPAPIETRO, and SHEILA D. HEARD individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC. (d/b/a Assurant Specialty Property), AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY,<br><br>        Defendants. | Case No.: 1:13-00513-ALC-HBP |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, and Litton Loan Servicing LP in the above-captioned action, and requests that copies of all future motions, notices, and other pleadings filed in this cause be furnished to the undersigned.

Dated: August 28, 2014

Respectfully submitted,

/s/ Brian V. Otero
Brian V. Otero
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor

New York, New York 10166
botero@hunton.com

*Attorney for Defendants Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, and Litton Loan Servicing LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:    /s/ Brian V. Otero
        Brian V. Otero