UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JIMMY LYONS, JACQUELINE LYONS,
LISA CHAMBERLIN ENGELHARDT,
GERALD COULTHURST, ENRIQUE
DOMINQUEZ FRANCES ERVING,
JOHNNIE ERVING ANTHONY
PAPAPIETRO, and SHEILA D. HEARD
individually and on behalf of all others
similarly situated,

                              Plaintiffs,

                 -against-

LITTON LOAN SERVICING LP,
GOLDMAN SACHS GROUP, INC.,
ARROW CORPORATE MEMBER
HOLDINGS LLC, SAXON MORTGAGE
SERVICES, INC., MORGAN STANLEY,
OCWEN FINANCIAL CORPORATION,
OCWEN LOAN SERVICING, LLC,
ASSURANT, INC. (d/b/a Assurant Specialty
Property), AMERICAN SECURITY
INSURANCE COMPANY, STANDARD
GUARANTY INSURANCE COMPANY,
AMERICAN MODERN INSURANCE
GROUP, and AMERICAN MODERN
HOME INSURANCE COMPANY,
                              Defendants.
-----------------------------------------------------------x

1:13-cv-513 (ALC) (GWG)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2014

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff mortgagors bring this class action suit against loan servicers and insurers, alleging that the loan servicers, which force-placed insurance on Plaintiffs' properties, had exclusive and illegal arrangements with the insurers that included "kickbacks" (in the form of commissions, fees, services, and illusory reinsurance contracts). Plaintiffs also allege that loan servicers and insurers breached common law, contract, and/or statutory duties to Plaintiffs with

false or misleading communications and backdated, excessive, or improperly placed insurance. Assurant Defendants moved to dismiss Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(1). (ECF No. 97). For reasons to be discussed more fully in a forthcoming order, Assurant Defendants' Motion to Dismiss is DENIED.

**SO ORDERED.**

Dated:   September 30, 2014
          **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**