Carter, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| JIMMY LYONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LITTON LOAN SERVICING LP, *et al.*, <br><br> Defendants. | ECF Case <br> 13 Civ. 00513 (ALC) (HBP) |
| JOHN CLARIZIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | ECF Case <br> 13 Civ. 02907 (ALC) (HBP) |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm Hunton & Williams, LLP hereby is substituted in place of the law firm BuckleySandler LLP as counsel of record for Defendants Litton Loan Servicing LP, Ocwen Loan Servicing, LLC, and Ocwen Financial Corporation in the above-captioned actions.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following incoming counsel:

>Brian V. Otero (botero@hunton.com)
>Ryan A. Becker (rbecker@hunton.com)
>Steven R. Blacklocks (sblacklocks@hunton.com)
>Hunton & Williams, LLP
>200 Park Avenue, 52nd Floor
>New York, NY 10166
>Tel.: (212) 309-1000
>Fax: (212) 309-1100

Dated: October 24, 2014

Respectfully submitted,

| | |
|---|---|
| Hunton & Williams, LLP<br>By: _____ | BuckleySandler LLP<br>By: _____ |
| Brian V. Otero<br>Ryan A. Becker<br>Steven R. Blacklocks<br>200 Park Avenue, 52nd Floor<br>New York, NY 10166<br>Tel: (212) 309-1000<br>Fax: (212) 309-1100 | Fredrick S. Levin<br>Richard E. Gottlieb<br>100 Wilshire Boulevard, Suite 1000<br>Santa Monica, CA 90401<br>Tel.: (310) 424-3900<br>Fax: (310) 424-3930<br>Caroline K. Eisner<br>1133 Avenue of the Americas, Suite 3100<br>New York, NY 10036<br>Tel.: (212) 600-2400<br>Fax: (212) 600-2405 |
| *Incoming Attorneys for Defendants*<br>*Litton Loan Servicing LP,*<br>*Ocwen Loan Servicing, LLC, and*<br>*Ocwen Financial Corporation* | *Outgoing Attorneys for Defendants*<br>*Litton Loan Servicing LP,*<br>*Ocwen Loan Servicing, LLC, and*<br>*Ocwen Financial Corporation* |

SO ORDERED

_____
The Honorable Andrew L. Carter
United States District Judge

October 29, 2014