UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jimmy Lyons, et al.,

                Plaintiff,

    -against-

Litton Loan Servicing LP, et al.,

                Defendant.

---

Case No. 1:13-cv-513-ALC-HBP

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                Mary Gail Gearns
                FILL IN ATTORNEY NAME

My SDNY Bar Number is:    MG5940      My State Bar Number is    2056299

I am,

    [X] An attorney
    [ ] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Bingham McCutchen LLP
                    FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                    FIRM TELEPHONE NUMBER: 212.705.7000
                    FIRM FAX NUMBER: 212.752.5378

NEW FIRM:      FIRM NAME: Morgan, Lewis & Bockius LLP
                    FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                    FIRM TELEPHONE NUMBER: 212.705.7000
                    FIRM FAX NUMBER: 212.752.5378

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: November 25, 2014

                                                          *[signature]*
                                                     ATTORNEY'S SIGNATURE