UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jimmy Lyons, et al.,

                Plaintiff,

   -against-

Litton Loan Servicing LP, et al.,

                Defendant.

Case No. 1:13-cv-513-ALC-HBP

---

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Matthew Minerva
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MM 8840     My State Bar Number is 4192779

I am,

    ☒ An attorney
    ☐ A Government Agency attorney
    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Bingham McCutchen LLP
                  FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                  FIRM TELEPHONE NUMBER: 212.705.7000
                  FIRM FAX NUMBER: 212.752.5378

NEW FIRM:     FIRM NAME: Morgan, Lewis & Bockius LLP
                  FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
                  FIRM TELEPHONE NUMBER: 212.705.7000
                  FIRM FAX NUMBER: 212.752.5378

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: November 25, 2014

                                                                                      ATTORNEY'S SIGNATURE