UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
JIMMY LYONS, *et al.*, individually and on behalf    :
of all others similarly situated,                    :
                                                     :
                       Plaintiffs,    :   Case No. 13-cv-00513-ALC-HBP
                                                     :
     - v -                                          :
                                                     :
LITTON LOAN SERVICING LP, *et al.*,                  :
                                                     :
                       Defendants.    :
                                                     :
------------------------------------------- X

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

      PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Karen E. Abravanel respectfully moves to withdraw her appearance as attorney for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively, the "Assurant Defendants") and for the Court to direct the Clerk to remove her name from the electronic docket in this case. In January 2015, Ms. Abravanel will be taking a position with another company. Sullivan & Worcester LLP and Carlton Fields Jorden Burt will continue as counsel for the Assurant Defendants.

Dated:  New York, New York          Respectfully submitted,
        December 31, 2014

                                                By:/s/Karen E. Abravanel
                                                    Andrew T. Solomon
                                                    Karen E. Abravanel
                                          SULLIVAN & WORCESTER LLP
                                          1633 Broadway, 32nd Floor
                                          New York, New York 10019
                                          Telephone: (212) 660-3000
                                          Facsimile: (212) 660-3001
                                          asolomon@sandw.com
                                          kabravanel@sandw.com

                                          -and-

        Franklin G. Burt (*pro hac vice*)
        W. Glenn Merten (*pro hac vice*)
        CARLTON FIELDS JORDEN BURT
        1025 Thomas Jefferson Street, NW
        Suite 400 East
        Washington, DC 20007
        Telephone: (202) 965-8100
        Facsimile: (202) 965-8104
        fburt@cfjblaw.com
        gmerten@cfjblaw.com

        *Attorneys For Defendants Assurant, Inc.,*
        *American Security Insurance Company, and*
        *Standard Guaranty Insurance Company*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.