```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

JIMMY LYONS, et al.,                  :

                Plaintiffs,           :    13 Civ. 513 (ALC)(HBP)

      -against-                       :

LITTON LOAN SERVICING LP, et al.      :

                Defendants.           :

-----------------------------------X

LISA CHAMBERLIN ENGELHARDT, et al.    :

                Plaintiffs,           :    13 Civ. 2907 (ALC)(HBP)

      -against-                       :    SCHEDULING ORDER

OCWEN FINANCIAL CORPORATION, et al.,  :

                Defendants.           :

-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A status conference having been held on January 20, 2015, for the reasons stated on the record in open court and with the consent of counsel, it is hereby ORDERED that:

    1. All discovery in these matters is stayed until the resolution of defendants anticipated 12(b)(6) motion.

    2. Defendants' 12(b)(6) motion shall be made no later than February 20, 2015.

3. Plaintiffs' opposition papers shall be served and filed no later than March 23, 2015.

4. Defendants' reply shall be served and filed no later than April 6, 2015.

Dated:   New York, New York
         January 21, 2015

                              SO ORDERED

                              /s/ Henry Pitman
                              _____
                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

All Counsel

2