UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JIMMY LYONS, *et al.*, individually and on behalf of all others similarly situated, | : : : | ECF Case |
| Plaintiffs, | : : | No. 13 Civ. 513 (ALC) |
| vs. | : : | |
| LITTON LOAN SERVICING LP, *et al.*, | : : | |
| Defendants. | : : | |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of Frank G. Burt dated February 20, 2015, defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company, by and through undersigned counsel, will move in the above-captioned action before the Honorable Andrew L. Carter, Jr., United States District Judge, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for the entry of an order dismissing, with prejudice, the (potentially) litigable claims of Frances and Johnnie Erving, and granting such other and further relief as may be just and equitable.

Dated:  New York, New York
        February 20, 2015

SULLIVAN & WORCESTER LLP

By: */s/ Andrew T. Solomon*
Andrew T. Solomon (AS-9200)
1633 Broadway
32nd Floor
New York, New York 10019
(212) 660-3000

CARLTON FIELDS JORDEN BURT, P.A.
Frank G. Burt (*pro hac vice*)
W. Glenn Merten (*pro hac vice*)
Brian P. Perryman (*pro hac vice*)
1025 Thomas Jefferson Street NW
Suite 400 East
Washington, DC 20007
(202) 965-8100

*Attorneys for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company*