UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JIMMY LYONS, *et al.*, individually and on behalf of all others similarly situated, | : : : : | ECF Case<br><br>No. 13 Civ. 513 (ALC) |
| Plaintiffs, | : : | **DECLARATION OF FRANK G. BURT IN SUPPORT OF** |
| vs. | : : : | **MOTION TO DISMISS** |
| LITTON LOAN SERVICING LP, *et al.*, | : : | |
| Defendants. | : : | |

    I, Frank G. Burt, declare as follows:

    1.    I am an attorney with Carlton Fields Jorden Burt P.A., representing defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively, "the Assurant Defendants") in the above-captioned action.  I submit this declaration in support of the Assurant Defendants' motion to dismiss.

    2.    I make this declaration pursuant to the provisions of 28 U.S.C. § 1746.  I am over 21 years of age and competent to testify to the statements set forth herein.  The statements set forth in this declaration are based upon my personal knowledge.

    3.    Attached hereto as Exhibit A is a true and correct copy of the Stipulation and Settlement Agreement of the class action styled *Lee v. Ocwen Loan Servicing, LLC*, No. 14 Civ. 60649, pending in the United States District Court for the Southern District of Florida.  The Stipulation and Settlement Agreement was publicly filed in that action on December 18, 2014.

    4.    The Stipulation and Settlement Agreement has been preliminarily approved by the United States District Court for the Southern District of Florida.  *See Lee v. Ocwen Loan Servicing, LLC*, 2015 WL 178220 (S.D. Fla. Jan. 13, 2015), *report and recommendations*

1

*adopted*, 2015 WL 309441 (S.D. Fla. Jan. 23, 2015).

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2015.

_____
Frank G. Burt