UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING, ANTHONY PAPAPIETRO, and SHEILA D. HEARD individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC. (d/b/a Assurant Specialty Property), AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY,<br><br>    Defendants. | Case No. 1:13-cv-00513-ALC-HBP<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that upon the annexed Declaration of Melvin A. Brosterman, Esq., dated February 20, 2015, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, the Memoranda of Law filed by the other defendants in this action in support of their motions to dismiss the Second Amended Class Action Complaint, and the pleadings herein, Defendants The Goldman Sachs Group, Inc. and Arrow Corporate Member Holdings LLC (collectively, "Defendants") will move this Court,

-1-

before the Honorable Andrew L. Carter Jr., United States District Judge, for entry of an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Second Amended Class Action Complaint (ECF Nos. 93 & 93-1) as against Defendants and for such other and further relief as this Court deems necessary and proper.

Dated:  February 20, 2015

Respectfully submitted,

/s/ Melvin A. Brosterman

Melvin A. Brosterman
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006
Email:  mbrosterman@stroock.com

-and-

2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959

Of Counsel:
  Quinlan D. Murphy
  Benjamin G. Diehl
  Patrick N. Petrocelli
  Wesley M. Griffith

Attorneys for Defendants
THE GOLDMAN SACHS GROUP, INC.
and ARROW CORPORATE MEMBER
HOLDINGS LLC