UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, JACQUELINE LYONS, LISA CHAMBERLIN ENGELHARDT, GERALD COULTHURST, ENRIQUE DOMINGUEZ, FRANCES ERVING, JOHNNIE ERVING, ANTHONY PAPAPIETRO, and SHEILA D. HEARD individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LITTON LOAN SERVICING LP, GOLDMAN SACHS GROUP, INC., ARROW CORPORATE MEMBER HOLDINGS LLC, SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ASSURANT, INC. (d/b/a Assurant Specialty Property), AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, AMERICAN MODERN INSURANCE GROUP, and AMERICAN MODERN HOME INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:13-cv-00513-ALC-HBP |

**DECLARATION OF MELVIN A. BROSTERMAN, ESQ. IN SUPPORT OF THE MOTION TO DISMISS BY DEFENDANTS THE GOLDMAN SACHS GROUP, INC. AND ARROW CORPORATE MEMBER HOLDINGS LLC**

MELVIN A. BROSTERMAN hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member of the firm Stroock & Stroock & Lavan LLP, counsel for defendants the Goldman Sachs Group, Inc. and Arrow Corporate Member Holdings LLC

-1-

-2-

(collectively, "Defendants").  I submit this declaration in support of Defendants' motion to dismiss the Second Amended Class Action Complaint (ECF Nos. 93 & 93-1) as against Defendants.

      2.      Attached hereto as **Exhibit A** is a true and correct copy of the Opinion and Order, dated March 3, 2014, in *DuMont v. Litton Loan Servicing, LP*, Case No. 12-cv-2677-ER-LMS, filed in the United States District Court, Southern District of New York.

Dated:  February 20, 2015

                                                            /s/ Melvin A. Brosterman