AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JIMMY LYONS et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-00513-ALC-HBP |
| LITTON LOAN SERVICING LP et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants GOLDMAN SACHS GROUP, INC and ARROW CORPORATE MEMBER HOLDINGS LLC .

Date: 02/20/2015

/s/ Patrick N. Petrocelli
*Attorney's signature*

Patrick N. Petrocelli, Bar No. 4909123
*Printed name and bar number*

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
*Address*

ppetrocelli@stroock.com
*E-mail address*

(212) 806-5400
*Telephone number*

(212) 806-6006
*FAX number*