UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LITTON LOAN SERVICING LP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:13-cv-00513-ALC-HBP<br><br>Judge Andrew L. Carter, Jr.<br><br>Magistrate Judge Henry Pitman |

**NOTICE OF MOTION TO DISMISS OF DEFENDANTS AMERICAN MODERN INSURANCE GROUP, INC. AND AMERICAN MODERN HOME INSURANCE COMPANY**

Defendants American Modern Insurance Group, Inc. and American Modern Home Insurance Company (collectively, "American Modern") hereby give notice of their motion under Fed. R. Civ. P. 12(b)(6) for the entry of an order dismissing Plaintiffs' Second Amended Complaint as against American Modern and for such other and further relief as this Court deems necessary and proper. A memorandum in support of the motion has been filed concurrently with this notice.

                                          Respectfully submitted,

                                          /s/ Mark A. Johnson

| | |
|---|---|
| Lauren J. Resnick | Mark A. Johnson (*pro hac vice*) |
| lresnick@bakerlaw.com | mjohnson@bakerlaw.com |
| BAKER HOSTETLER LLP | Rodger L. Eckelberry (*pro hac vice*) |
| 45 Rockefeller Plaza | reckelberry@bakerlaw.com |
| New York, New York 10111 | Joseph E. Ezzie (*pro hac vice*) |
| T 212.589.4200 | jezzie@bakerlaw.com |
| F 212.589.4201 | Robert J. Tucker (*pro hac vice*) |
| | rtucker@bakerlaw.com |
| | BAKER HOSTETLER LLP |
| | 65 East State Street, Suite 2100 |
| | Columbus, OH  43215 |
| | Telephone: 614.228.1541 |
| | Facsimile: 614.462.2616 |

                                          *Attorneys for Defendants American Modern Insurance Group, Inc. and American Modern Home Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 20, 2015, I electronically filed the foregoing with the Clerk of the United States District Court for the Southern District of New York through the CM/ECF system, thereby automatically serving all registered parties.

                                          /s/ Mark A. Johnson
                                          Mark A. Johnson