**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JIMMY LYONS, *et al.*, individually and on behalf of all others similarly situated,

       Plaintiffs,

       v.

LITTON LOAN SERVICING LP, *et al.*,

       Defendants.

Case No. 1:13-cv-513-ALC-HBP

## NOTICE OF MOTION TO DISMISS BY DEFENDANTS
## SAXON MORTGAGE SERVICES, INC. AND MORGAN STANLEY

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Mary Gail Gearns, dated February 20, 2015, and the exhibits thereto, and all prior pleadings and proceedings herein, Defendants Saxon Mortgage Services, Inc. and Morgan Stanley will move this Court, before the Honorable Andrew L. Carter, Jr., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time to be determined by the Court, for an order dismissing all claims asserted against them in the Second Amended Complaint, with prejudice, under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

[Remainder of page intentionally left blank.]

Dated: New York, New York
February 20, 2015

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: <u>/s/ Mary Gail Gearns</u>
Mary Gail Gearns
Matthew Minerva
Michael J. Ableson
399 Park Avenue
New York, New York 10022
Tel: (212) 705-7000
Fax: (212) 752-5378
Email: marygail.gearns@morganlewis.com
Email: matthew.minerva@morganlewis.com
Email: michael.ableson@morganlewis.com

*Attorneys for Defendants Saxon Mortgage Services, Inc. and Morgan Stanley*