UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JIMMY LYONS and JACQUELINE LYONS,
individually and on behalf all others similarly
situated,

       Plaintiffs,

 -against-

LITTON LOAN SERVICING LP, GOLDMAN
SACHS GROUP, INC., and OCWEN FINANCIAL
CORPORATION,

       Defendants.

------------------------------------------------------------ X

Case No.: 1:13-CV-00513-ALC-HBP

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Benjamin G. Diehl, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Benjamin G. Diehl |
| Firm Name: | STROOCK & STROOCK & LAVAN LLP |
| Address: | 2029 Century Park East |
| City/State/Zip: | Los Angeles, California 90067-3086 |
| Telephone/Fax: | (310) 556-5800/(310) 556-5959 |
| Email: | bdiehl@stroock.com and lacalendar@stroock.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant GOLDMAN SACHS GROUP, INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3-3-15

                   _____
                   United States District / Magistrate Judge

NY 74917287