

**VEDDER PRICE**

1925 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
T: +1 (424) 204 7700
F: +1 (424) 204 7702
CHICAGO • NEW YORK • WASHINGTON, DC
LONDON • SAN FRANCISCO • LOS ANGELES

LISA M. SIMONETTI
ATTORNEY AT LAW
+1 (424) 204-7738
lsimonetti@vedderprice.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/15

November 6, 2015

*APPLICATION GRANTED*

**VIA ECF**

Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1306
New York, NY 10007

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
11-9-15

Re: *Lyons et al v. Litton Loan Servicing LP*
*U.S.D.C. Southern District of New York Case No.: 1:13-cv-00513-ALC-HBP*

Dear Judge Carter:

I am writing to request that I be permitted to withdraw as counsel for Goldman Sachs Group, Inc. ("Goldman Sachs") in the above matter. In support of this request I state the following:

1. I am no longer with the law firm of Stroock & Stroock & Lavan LLP ("Stroock") and for that reason do not represent Goldman Sachs at this time; and
2. Goldman Sachs is still being represented by Stroock.

For the foregoing reasons, I respectfully request that the Court allow me to withdraw as counsel for Goldman Sachs in the above matter.

Sincerly,

Lisa M. Simonetti
Attorney at Law

LMS/alb

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with Vedder Price (CA), LLP, which operates in California.

LOS_ANGELES/#9999.1