UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| JIMMY LYONS, *et al.*, individually and on behalf of all others similarly situated, | : : : : | ECF Case<br><br>No. 13 Civ. 513 (ALC) (HBP) |
| Plaintiffs, | : : | **NOTICE OF MOTION** |
| vs. | : : | |
| LITTON LOAN SERVICING LP, *et al.*, | : : | |
| Defendants. | : : | |

---

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, as well as supporting materials previously filed in connection with prior motions, defendants Litton Loan Servicing, LP, The Goldman Sachs Group, Inc., Arrow Corporate Member Holdings, LLC, Saxon Mortgage Services, Inc., Morgan Stanley, Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company, by and through undersigned counsel, will move in the above-captioned action before the Honorable Andrew L. Carter, Jr., United States District Judge, on a date and at a time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for the entry of an order dismissing, with prejudice, the claims of Frances and Johnnie Erving and Shelia Heard, and granting such other and further relief as may be just and equitable.

| | |
|---|---|
| Dated:   November 20, 2015 | Respectfully submitted, |
| STROOCK & STROOCK & LAVAN LLP | CARLTON FIELDS JORDEN BURT, P.A. |
| By: */s/ Melvin A Brosterman*<br>Melvin A. Brosterman<br>mbrosterman@stroock.com<br>Quinlan D. Murphy<br>qmurphy@stroock.com<br>Patrick N. Petrocelli<br>ppetrocelli@stroock.com<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>   -and-<br><br>Benjamin G. Diehl<br>bdiehl@stroock.com<br>Wesley M. Griffith<br>wgriffith@strook.com<br>2029 Century Park East, Suite 1600<br>Los Angeles, California 90067-3086<br>Telephone: (310) 556-5800<br>Facsimile: (310) 556-5959<br><br>*Attorneys for Defendants The Goldman Sachs Group, Inc. and Arrow Corporate Member Holdings LLC* | By: */s/ Frank G. Burt*<br>Frank G. Burt (*pro hac vice*)<br>fburt@cfjblaw.com<br>W. Glenn Merten (*pro hac vice*)<br>gmerten@cfjblaw.com<br>Brian P. Perryman (*pro hac vice*)<br>bperryman@cfjblaw.com<br>1025 Thomas Jefferson Street NW<br>Suite 400 East<br>Washington, DC 20007<br>Telephone: (202) 965-8100<br>Facsimile: (202) 965-8104<br><br>SULLIVAN & WORCESTER LLP<br>Andrew T. Solomon<br>asolomon@sandw.com<br>1633 Broadway<br>32nd Floor<br>New York, New York 10019<br>Telephone: (212) 660-3000<br>Facsimile: (212) 660-3001<br><br>*Attorneys for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company* |
| HUNTON & WILLIAMS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: */s/ Ryan A. Becker*<br>Brian V. Otero<br>botero@hunton.com<br>Stephen R. Blacklocks<br>sblacklocks@hunton.com<br>Ryan A. Becker<br>rbecker@hunton.com<br>200 Park Avenue, 52nd Floor<br>New York, New York 10166<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br><br>*Attorneys for Defendant Litton Loan Servicing LP* | By: */s/ Mary Gail Gearns*<br>Mary Gail Gearns<br>marygail.gearns@morganlewis.com<br>Matthew Minerva<br>matthew.minerva@morganlewis.com<br>101 Park Avenue<br>New York, New York 10178<br>Tel: (212) 309-6000<br>Fax: (212) 309-6001<br><br>*Attorneys for Defendants Saxon Mortgage Services, Inc. and Morgan Stanley* |