UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JIMMY LYONS, *et al*, individually and on
behalf of all others similarly situated,

                                     Plaintiffs,      1:13-cv-513 (ALC) (GWG)

-against-

LITTON LOAN SERVICING LP, *et al*,

                                       Defendants.
-------------------------------------------------------------x

JOHN CLARIZIA, *et al*, on behalf of
themselves and all others similarly situated,

                                     Plaintiffs,

-against-

OCWEN FINANCIAL CORPORATION, *et al*,

                                     1:13-cv-02907 (ALC) (HBP)

                                     **ORDER ADJOURNING HEARING**

                                 Defendants.
-------------------------------------------------------------x

12/28/15

**ANDREW L. CARTER, JR., United States District Judge:**

       On September 29, 2015, the Court ordered Plaintiffs to show cause why the above-captioned cases should not be dismissed against all Defendants on the grounds that the filed-rate doctrine precludes Plaintiffs' claims. The show-cause hearing previously scheduled for January 8, 2016, at 10:00 a.m. is ADJOURNED to Thursday, February 4, 2016, at 10:00 a.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above. As previously ordered, Defendants' reply briefs, if any, must be submitted by January 8, 2016.

**SO ORDERED.**

**Dated:** December 28, 2015

New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge