**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

JIMMY LYONS, *et al.*, individually and on behalf of ⋮
themselves and all others similarly situated,     ⋮

                                 ⋮     No. 1:13-CV-00513-ALC-HBP

                Plaintiff,     ⋮

                                 ⋮

         v.                      ⋮

                                 ⋮

LITTON LOAN SERVICING LP, *et al.*,     ⋮⋮

                                 ⋮

             Defendants.     ⋮

                                 ⋮

---------------------------------------------------------------- X

## <u>MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER</u>

       PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, Wesley M. Griffith

respectfully moves to withdraw his appearance as an attorney for defendants The Goldman Sachs

Group, Inc. and Arrow Corporate Member Holdings LLC (together, "Goldman") and for the

Court to direct the Clerk to remove his name from the electronic docket in this case.  As of

January 9, 2016, Mr. Griffith will no longer be affiliated with Stroock & Stroock & Lavan LLP

("Stroock").  Stroock will continue as counsel for Goldman.[1]

---

[1] Should the Court have any questions that cannot be answered by Goldman's other counsel in this matter regarding this Motion for Withdrawal of Appearance and [Proposed] Order, please note that I will be out of the country without access to email January 9, 2016, through January 20, 2016, and respectfully request  that any deadlines set by the Court take into account this pre-arranged travel.

Dated:  January 8, 2016

/s/ Wesley M. Griffith
_____

Benjamin G. Diehl
Wesley M. Griffith
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959
Email:  lacalendar@stroock.com

-and-

180 Maiden Lane
New York, NY  10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

Of Counsel:
    Melvin A. Brosterman
    Quinlan D. Murphy
    Patrick N. Petrocelli

Attorneys for Defendants
THE GOLDMAN SACHS GROUP, INC.
and ARROW CORPORATE MEMBER
HOLDINGS LLC

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.

-2-

NY 75999652

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on January 8, 2016, a copy of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.  Notice of this filing was also sent by U.S. Mail to the following:

> The Goldman Sachs Group, Inc.
> 200 West Street, 6th Floor
> New York, NY  10282-2198
>
> Arrow Corporate Member Holdings LLC
> 200 West Street, 6th Floor
> New York, NY  10282-2198

> */s/ Wesley M. Griffith*
> Wesley M. Griffith

-3-