UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1-11-16

------------------------------------------------------------------ X
JIMMY LYONS, *et al.*, individually and on behalf of themselves and all others similarly situated,

              Plaintiff,

v.

LITTON LOAN SERVICING LP, *et al.*,

              Defendants.
------------------------------------------------------------------ X

No. 1:13-CV-00513-ALC-HBP

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, Wesley M. Griffith respectfully moves to withdraw his appearance as an attorney for defendants The Goldman Sachs Group, Inc. and Arrow Corporate Member Holdings LLC (together, "Goldman") and for the Court to direct the Clerk to remove his name from the electronic docket in this case. As of January 9, 2016, Mr. Griffith will no longer be affiliated with Stroock & Stroock & Lavan LLP ("Stroock"). Stroock will continue as counsel for Goldman.[1]

---

[1] Should the Court have any questions that cannot be answered by Goldman's other counsel in this matter regarding this Motion for Withdrawal of Appearance and [Proposed] Order, please note that I will be out of the country without access to email January 9, 2016, through January 20, 2016, and respectfully request that any deadlines set by the Court take into account this pre-arranged travel.

NY 75999652

Dated: January 8, 2016

/s/ Wesley M. Griffith
_____

Benjamin G. Diehl
Wesley M. Griffith
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: lacalendar@stroock.com

-and-

180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Attorneys for Defendants
THE GOLDMAN SACHS GROUP, INC.
and ARROW CORPORATE MEMBER
HOLDINGS LLC

Of Counsel:
   Melvin A. Brosterman
   Quinlan D. Murphy
   Patrick N. Petrocelli

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr.    1-11-16