```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JIMMY LYONS, *et al.*, individually and on behalf of
themselves and all others similarly situated,

       Plaintiff,

 v.

LITTON LOAN SERVICING LP, *et al.*,

       Defendants.
------------------------------------------------------------X

No. 1:13-CV-00513-ALC-HBP

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT pursuant to Local Rule 1.4, Benjamin G. Diehl respectfully moves to withdraw the appearance of Wesley M. Griffith as an attorney for defendants The Goldman Sachs Group, Inc. and Arrow Corporate Member Holdings LLC (together, "Goldman") and for the Court to direct the Clerk to remove his name from the electronic docket in this case. As of January 9, 2016, Mr. Griffith is longer affiliated with Stroock & Stroock & Lavan LLP ("Stroock"). Stroock will continue as counsel for Goldman.[1]

---

[1] Should the Court have any questions that cannot be answered by Goldman's other counsel in this matter regarding this Motion for Withdrawal of Appearance and [Proposed] Order, please note that Wesley M. Griffith will be out of the country without access to email January 9, 2016, through January 20, 2016, and respectfully request that any deadlines set by the Court take into account this pre-arranged travel.

-1-

NY 75999652

Dated: January 11, 2016

*[signature]*

Benjamin G. Diehl
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: lacalendar@stroock.com

-and-

180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Of Counsel:
 Melvin A. Brosterman
 Quinlan D. Murphy
 Patrick N. Petrocelli

Attorneys for Defendants
THE GOLDMAN SACHS GROUP, INC.
and ARROW CORPORATE MEMBER
HOLDINGS LLC

SO ORDERED:

**SO ORDERED**

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
2-3-16

_____
Hon. Andrew L. Carter, Jr.

-2-