IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LITTON LOAN SERVICING LP, *et al.*,<br><br>    Defendants. | Case No.: 1:13-cv-00513-ALC-HBP |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT**

Plaintiffs Jimmy Lyons, Jacqueline Lyons and Sheila Heard, on behalf of themselves and all other similarly situated ("Plaintiffs"), respectfully submit this Motion for Preliminary Approval of Class Action Settlement. In support thereof, Plaintiffs have contemporaneously filed a Memorandum of Law and the Declaration of Peter A. Muhic, which exhibits thereto.

For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion and enter a Preliminary Approval Order in the form of Exhibit 3 to the Settlement Agreement: (1) preliminarily approving the Settlement; (2) approving the proposed Notices of Settlement and authorizing distribution of the Notices via first class mail (and by publication); (3) certifying the proposed Settlement Class; (4) designating the law firms Kessler Topaz Meltzer & Check, L.L.P., Berger & Montague, P.C. and Lowey Dannenberg Cohen & Hart, P.C. as Class Counsel; (5) designating Plaintiffs as class representatives; and (6) scheduling a Final Approval Hearing.

Dated: March 16, 2016                           **KESSLER TOPAZ**
                                                 **MELTZER & CHECK, LLP**


                                                *s/ Peter A. Muhic*
                                                Peter A. Muhic *(pro hac vice)*
                                                Tyler S. Graden *(pro hac vice)*
                                                280 King of Prussia Road
                                                Radnor, PA 19087
                                                Telephone: (610) 667-7706
                                                Facsimile: (610) 667-7056

                                                **BERGER & MONTAGUE, P.C.**
                                                Shanon J. Carson *(pro hac vice)*
                                                Patrick Madden *(pro hac vice)*
                                                1622 Locust Street
                                                Philadelphia, PA 19103
                                                Telephone: (215) 875-4656
                                                Fax: (215) 875-4604

                                                **LOWEY DANNENBERG**
                                                **COHEN & HART, P.C.**
                                                Barbara J. Hart (BH-3231)
                                                David Harrison (DH-3834)
                                                One North Broadway, Suite 509
                                                White Plains, NY 10601-2301
                                                Telephone: (914) 997-0500
                                                Facsimile: (914) 997-0035

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2016, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*s/ Peter A. Muhic*
Peter A. Muhic