IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LITTON LOAN SERVICING LP, *et al.*, <br><br> Defendants | Case No.: 1:13-cv-00513-ALC-HBP |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Jimmy Lyons, Jacqueline Lyons and Sheila Heard, on behalf of themselves and all others similarly situated ("Plaintiffs"), respectfully submit this Motion for Final Approval of Class Action Settlement. In support thereof, Plaintiffs have contemporaneously filed a Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Memorandum of Law") and the Declaration of Peter A. Muhic, with exhibits thereto.

For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion and enter the accompanying [Proposed] Order Granting Final Approval of Class Action Settlement.

Dated: April 1, 2016

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

*s/ Peter A. Muhic*
Peter A. Muhic *(pro hac vice)*
Tyler S. Graden *(pro hac vice)*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson *(pro hac vice)*
Patrick Madden *(pro hac vice)*
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Fax: (215) 875-4604

**LOWEY DANNENBERG**
**COHEN & HART, P.C.**
Barbara J. Hart (BH-3231)
David Harrison (DH-3834)
One North Broadway, Suite 509
White Plains, NY 10601-2301
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2016, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*s/ Peter A. Muhic*
Peter A. Muhic
