IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY LYONS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LITTON LOAN SERVICING LP, *et al.*, <br><br> Defendants | Case No.: 1:13-cv-00513-ALC-HBP |

**PLAINTIFFS' MOTION FOR
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND
APPROVAL OF SERVICE AWARD TO NAMED PLAINTIFFS**

Plaintiffs Jimmy Lyons, Jacqueline Lyons and Sheila Heard, on behalf of themselves and all others similarly situated ("Plaintiffs"), respectfully submit this Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Approval of Service Award to Named Plaintiffs ("Motion for Attorneys' Fees"). In support thereof, Plaintiffs have contemporaneously filed a Memorandum of Law and the Declaration of Peter A. Muhic, with exhibits thereto.

For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant their Motion for Attorneys' Fees, and enter the accompanying [Proposed] Order Granting an Award of Attorneys' Fees, Reimbursement of Expenses, and Approval of Service Award to Named Plaintiffs.

<table>
<tr><td>Dated: April 1, 2016</td><td>

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**

*s/ Peter A. Muhic*
Peter A. Muhic *(pro hac vice)*
Tyler S. Graden *(pro hac vice)*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson *(pro hac vice)*
Patrick Madden *(pro hac vice)*
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Fax: (215) 875-4604

**LOWEY DANNENBERG
COHEN & HART, P.C.**
Barbara J. Hart (BH-3231)
David Harrison (DH-3834)
One North Broadway, Suite 509
White Plains, NY 10601-2301
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2016, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

<u>s/ Peter A. Muhic</u><br>
Peter A. Muhic