UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JIMMY LYONS, et al,

                                  Plaintiffs,

-against-

LITTON LOAN SERVICING LP, et al,

                                  Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/27/16

1:13-cv-513 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 1, 2016, third parties Law Office of Sheri L. Kelly and Himmelstein Law Network moved for an award of attorneys' fees and reimbursement of expenses in this action. (ECF No. 221.) On April 22, 2016, this Court received notice that the third parties wished to withdraw that motion. (ECF No. 229.) Accordingly, the Clerk of Court is respectfully directed to terminate ECF Nos. 221 and 229.

SO ORDERED.

Dated: April 27, 2016

New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**