## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JIMMY LYONS, *et al.*,

    Plaintiffs,

    v.

LITTON LOAN SERVICING LP, *et al.*,

    Defendants

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _8-15-16___

Case No.: 1:13-cv-00513-ALC-HBP

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS FEES, REIMBURSEMENT OF EXPENSES, AND APPROVAL OF SERVICE AWARDS TO THE NAMED PLAINTIFFS

The matter having come before the Court on August 12, 2016, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Service Awards to the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, having considered the six factors enunciated by the court in *Goldberger v. Integrated Res., Inc.*, 209 F.3d 43 (2d Cir. 2000), and otherwise being fully informed of the premises and good cause appearing therefore,

**IT IS ORDERED AND ADJUDGED:**

1.    All of the capitalized terms used herein shall have the same meaning as set forth in the Settlement Agreement dated as of March 15, 2016 and filed with the Court.

2.    This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3.    Class Counsel are hereby awarded attorneys' fees of $1,373,500.00 and reimbursement of expenses in the sum of $26,084 (the "Attorneys' Fees and Expenses"), to be paid from the Settlement Fund.  The Court finds that the amount of fees awarded is appropriate, fair, and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.  The Litton Defendants shall not be responsible for and shall not be liable with respect to the allocation among Class Counsel or any other person who may assert a claim thereto, of attorneys' fees and expenses awarded by the Court.

4.    Each of the named Plaintiffs (Jimmy and Jacqueline Lyons, jointly, and Sheila Heard, individually) that entered into the Settlement Agreement is awarded $2,500 as a Service Award, for a total of $5,000, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

**IT IS SO ORDERED** this ___August 12___, 2016.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE